Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNI HODGES, | Case No. 2:17-cv-00481-JAM-CMK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC. | |
| Defendant. | |

///

Notice of settlement - 1

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 11th of December

By: s/ Todd M. Friedman
TODD M. FRIEDMAN

Filed electronically on this 11th day of December, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Filed electronically on this 11th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

**Honorable JOHN A. MENDEZ**

**United States District Court Judge**

And all counsel registered on ECF.

                                          This 11th Day of December, 2017.

                                          <u>s/Todd M. Friedman Esq.</u>
                                          TODD M. FRIEDMAN