Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI HODGES, | ) Case No. 2:17-cv-00481-JAM-CMK |
| Plaintiff, | ) |
| | ) |
| | ) **JOINT STIPULATION OF** |
| vs. | ) **DISMISSAL OF ACTION WITH** |
| | ) **PREJUDICE** |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 16th Day of August, 2018,

By: s/ Todd M. Friedman Esq.
　　　Todd M. Friedman
　　　Attorney for Plaintiff

By: s/Sean Flynn
　　　Sean Flynn, Esq.
　　　Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 16, 2018    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/Todd M. Friedman_
         **TODD M. FRIEDMAN, ESQ.**
         **Attorney for Plaintiff**

1

## **CERTIFICATE OF SERVICE**

2

3

Filed electronically on August 16 2018, with:

4

United States District Court CM/ECF system

5

Notification sent electronically on August 16 2018, to:

6

7

To the Honorable Court, all parties and their Counsel of Record

8

9

s/Todd M. Friedman
Todd M. Friedman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28