# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI HODGES, | ) Case No. |
| Plaintiff, | ) 2:17-cv-00481-JAM-CMK |
| vs. | ) **ORDER** |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC. | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: 8/16/2018

/s/ John A. Mendez_____

United States District Court Judge